No. 1162. BALTIMORE & OHIO RAILROAD COMPANY, PETITIONER, *v.* HARRY A. GAWINSKE.   June 10, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. John W. Yerkes, Mr. George E. Hamilton* and *Mr. Hugh L. Bond, Jr.,* for the petitioner.   No appearance for the respondent.

No. 1163. VICKSBURG, SHREVEPORT & PACIFIC RAILWAY COMPANY, PETITIONER, *v.* ANNIE MAY ROGERS ET AL. June 10, 1912.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. J. Blanc Monroe* and *Mr. Joseph Hirsh* for the petitioner.   No appearance for the respondents.

No. 1164. THE STEAMSHIP GOOD HOPE, J. HARDING, CLAIMANT, PETITIONER, *v.* CHELSEA FIBRE MILLS; No. 1165. THE STEAMSHIP GOOD HOPE, EDWARD N. NORTON ET AL., CLAIMANTS, PETITIONERS, *v.* ROBERT BALFOUR ET AL., ETC.; and No. 1166. THE STEAMSHIP GOOD HOPE, EDWARD N. NORTON ET AL., CLAIMANTS, PETITIONERS, *v.* HENRY P. WINTER ET AL., ETC.   June 10, 1912.   Petition for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* for the petitioner.   *Mr. Douglas Campbell* for the respondent in No. 1164, and *Mr. George Whitefield Betts, Jr.,* for the respondents in Nos. 1165 and 1166.